IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY COX, | NO. 5:11-cv-03166 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| AMERICA'S WHOLESALE LENDER, et. al., | |
| Defendant(s). | |

Appellant Kimberly Cox ("Appellant") filed a Notice of Appeal from a decision of the Bankruptcy Court on June 24, 2011. Having done so, Appellant was required to file and serve a designation of the items to be included in the record on appeal and a statement of the issues to be presented within 14 days. Fed. R. Bankr. P. 8006. To date, no such designation appears on the docket and it appears Appellant has taken no further action on this case.

Accordingly, the Court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Appellant does not file a response to this order to show cause by September 16, 2011, demonstrating why the case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: August 30, 2011

EDWARD J. DAVILA
United States District Judge

1

NO. 5:11-cv-03166 EJD
ORDER TO SHOW CAUSE (EJDLC1)

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Adam Neil Barasch anb@severson.com
Timothy Yett Suen Fong tyfong919@gmail.com
3 Bernard Jaron Kornberg bjk@severson.com

4
**Dated: August 30, 2011**               **Richard W. Wieking, Clerk**
5

6                                          **By:    /s/ EJD Chambers**
                                                **Elizabeth Garcia**
7                                               **Courtroom Deputy**

2

NO. 5:11-cv-03166 EJD
ORDER TO SHOW CAUSE (EJDLC1)