**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: KIMBERLY COX,<br><br>    Debtor(s)<br>_____ /<br><br>KIMBERLY COX,<br><br>    Appellant(s),<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, et. al.,<br><br>    Defendant(s).<br>_____ / | CASE NO. 5:11-cv-03166 EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>[Docket Item No. 3] |

    Having reviewed and considered Appellant's return to the Order to Show Cause (<u>see</u> Docket Item No. 4), the court finds Appellant has demonstrated good cause as directed.

    Accordingly, the Order to Show Cause issued August 30, 2011, is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: September 20, 2011

                                          EDWARD J. DAVILA
                                          United States District Judge