**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: KIMBERLY COX,  Debtor(s). | CASE NO. 5:11-cv-03166 EJD  **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| KIMBERLY COX,  Appellant(s),  v.  AMERICA'S WHOLESALE LENDER, et. al.,  Defendant(s). | [Docket Item No. 3] |

Having reviewed and considered Appellant's return to the Order to Show Cause (see Docket Item No. 4), the court finds Appellant has demonstrated good cause as directed.

Accordingly, the Order to Show Cause issued August 30, 2011, is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: September 20, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

CASE NO. 5:11-cv-03166 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE (EJDLC1)