# United States District Court
# Northern District of California

| | |
|---|---|
| In re:<br>KIMBERLY COX<br>    Debtor | Case No. 5:10-bk-61716 CN<br><br>Chapter 7<br><br>Adv. Case No. 5:11-ap-05106 CN |
| KIMBERLY COX<br>    Plaintiff,<br>vs.<br>RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP; does 1-1000; and, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title,<br>    Defendants. | U.S. Dist. Court Case No. 5:11-cv-03166-EJD<br><br>**PLAINTIFF'S NOTICE AND MOTION TO VOLUNTARY DISMISS APPEAL**<br><br>**[FED.R.APP.P. RULE 42(a)]** |

## PLAINTIFF'S VOLUNTARY DISMISSAL OF APPEAL

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Appellate Procedure Rule 42(a), Plaintiff KIMBERLY COX, herewith moves for a voluntary dismissal of the above captioned Appeal without prejudice.

All the Defendants/Appellees, mentioned in the caption above , are claimed to be represented by the following attorneys:

> Mark Joseph Kenney
> Adam N. Barasch
> Bernard Kornberg
> Severson & Werson
> One Embarcadero Center Suite 2600
> San Francisco, CA 94111
> (415) 677-5548

The Plaintiff /Appellant mentioned in the caption above is represented by the following attorney:

> Timothy Y. Fong
> 3333 Bowers Avenue, STE 130
> Santa Clara, CA 95054
> Tel 408-627-7810

Dated: 06/11/2012

Signed:   /s/ Timothy Y. Fong_____
         Attorney for Appellant Kimberly Cox
         Timothy Y. Fong
         CA SBN #255221
         3333 Bowers Avenue, STE 130
         Santa Clara, CA 95054
         Tel 408-627-7810